11135.   PITTMAN *et al. v.* DORSEY, Governor.

STEPHENS, J.   1. Motions for continuance being addressed to the sound discretion of the trial judge, and the evidence in this case adduced upon the hearing of a motion for continuance being conflicting, the trial judge did not err in refusing to continue the case.

2. Where a scire facias issues against a principal and a surety upon a forfeited recognizance, the mere tender of additional bail, unaccepted and unapproved, is no defense against a final judgment. See, in this connection, Penal Code (1910), § 960; *Griffin* v. *Moore,* 2 *Ga.* 331; *Williams* v. *Jenkins,* 53 *Ga.* 166.

3. The trial judge, without the intervention of a jury, properly entered judgment absolute against the principal and the surety.

*Judgment affirmed. Jenkins, P. J., and Smith, J., concur.*

Forfeiture of recognizance; from Fannin superior court — Judge Morris.   October 22, 1919.

*Clay & Giles,* for plaintiffs in error.

*John T. Dorsey, solicitor-general, William Butt,* contra.